IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                                        :    Chapter 11
                                                              :
NEPHROGENEX, INC.,                                            :    Case No. 16-11074 (KG)
                                                              :
        Debtor.[1]                                            :
                                                              :
------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS OF NEPHROGENEX, INC.

A list of the equity security holders of NephroGenex, Inc., the debtor and debtor-in-possession in the above-captioned case, as of April 29, 2016, is filed by attachment hereto in accordance with Fed. R. Bankr. P. 1007(a)(3).

Dated: Wilmington, Delaware
       May 6, 2016

                                  COLE SCHOTZ P.C.

                                  /s/ David R. Hurst
                                  David R. Hurst (I.D. No. 3743)
                                  500 Delaware Avenue, Suite 1410
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 652-3131
                                  Facsimile: (302) 652-3117

                                  – and –

                                  Jacob S. Frumkin
                                  1325 Avenue of the Americas, 19th Floor
                                  New York, New York 10019
                                  Telephone: (212) 752-8000
                                  Facsimile: (212) 752-8393

                                  *Proposed Counsel for Debtor and*
                                  *Debtor-in-Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 5171. The mailing address for the Debtor is 3200 Beechleaf Court, Suite 900, Raleigh, NC 27604.

| Name of Equity Holder | Notice Information | Address1 | Address2 | Address3 | City | State | Zip | Country | Common Stock Shares |
|---|---|---|---|---|---|---|---|---|---|
| Billy G Hudson | | Address Intentionally Omitted | | | | | | | 769 |
| Biotechnology Value Fund II Lp | C O Depository Trust Co | 570 Washington Blvd 5th Fl | Att Bny Mellon Branch Deposit Dpt | | Jersey City | NJ | 07310 | | 100,308 |
| Biotechnology Value Fund Lp | C O Depository Trust Co | 570 Washington Blvd 5th Fl | Att Bny Mellon Branch Deposit Dpt | | Jersey City | NJ | 07310 | | 173,669 |
| Biotechnology Value Trading Fund Os Lp | C O Depository Trust Company | 570 Washington Blvd 5th Fl | Att Bny Mellon Branch Deposit Dept | | Jersey City | NJ | 07310 | | 35,748 |
| Brio Capital | C O Brio Capital Management LLC | 100 Merrick Rd Ste 401 W | | | Rockville Ctr | NY | 11570-4800 | | 196,078 |
| Care Capital Investment III Lp | Richard Markham | Bob Seltzer | 47 Hufish St | Ste 310 | Princeton | NJ | 08542 | | 4,171,439 |
| Care Capital Offshore Invest III Lp | Richard Markham | Bob Seltzer | 47 Hufish St | Ste 310 | Princeton | NJ | 08542 | | 69,658 |
| Cede and Co | | PO Box 20 | Bowling Green Stn | | New York | NY | 10274 | | 7,605,308 |
| Christer Betsholtz | | Address Intentionally Omitted | | | | | | | 53 |
| Computershare As Exchange Agent | Corp Actions Partial Processing | 250 Royall St | | | Canton | MA | 02021 | | 9 |
| David F Heroy | | Address Intentionally Omitted | | | | | | | 1,042 |
| Dolphin Offshore Partners Lp | | 4828 First Coast Hwy Ste 5 | | | Fernandina | FL | 32034 | | 235,296 |
| Eggert Dagbjartsson | | Address Intentionally Omitted | | | | | | | 20,113 |
| Equity Resource Bioscience | General Partnership | 1280 Massachusetts Ave Ste 4 | | | Cambridge | MA | 02138 | | 2,922 |
| Fibrostatin Sl | Parc Cientific Universi De Valncia | Edificio 3 Cue 118 | Catedr Tico Agustfn Escardino 9 | Paterna | Valencia | | 46980 | Spain | 153 |
| Foster Dykema Cabot Profit Sharing Plan Fbo | Brinck Loweery | | | | Cohasset | MA | 02025 | | 1,309 |
| Intracoastal Capital LLC | Attn Keith Goodman | 3100 Dundee Rd | Ste 703 | | Northbrook | IL | 60062 | | 16,830 |
| Investment 10 LLC | C O Depository Trust Co | 570 Washington Blvd 5th Fl | Att Bny Mellon Branch Deposit Dpt | | Jersey City | NJ | 07310 | | 31,630 |
| Jaakko Patrakka | | Address Intentionally Omitted | | | | | | | 15 |
| John Mazur | | Address Intentionally Omitted | | | | | | | 7,647 |
| K S Sunstone Biomedical Venture | Annex Fund I | C O Sunstone Capital | Attn Soren Lemonius | Lautrupsgade 7 5 DK 2100 | Copenhagen | | | Denmark | 35,456 |
| K S Sunstone Biomedical Venture | Annex Fund II | C O Sunstone Capital | Attn Soren Lemonius | Lautrupsgade 7 5 DK 2100 | Copenhagen | | | Denmark | 4,305 |
| K S Sunstone Biomedical Venture | Annex Fund III | C O Sunstone Capital | Attn Soren Lemonius | Lautrupsgade 7 5 DK 2100 | Copenhagen | | | Denmark | 53,221 |
| Karl Tryggvason | | Address Intentionally Omitted | | | | | | | 822 |
| Ku Center Technology Commercial | University Of Kansas Medical Center | Cntr Res Institute Inc Attn Kuctc | 3901 Rainbow Blvd Ms 1039 | | Kansas City | KS | 66160 | | 941 |
| Liqun He | | Address Intentionally Omitted | | | | | | | 15 |
| MDS Inc | | 100 International Blvd | | | Toronto | ON | M9W 6J6 | Canada | 2,409 |
| Michael A Stone | | Address Intentionally Omitted | | | | | | | 8,730 |
| Minoru Takemoto | | Address Intentionally Omitted | | | | | | | 15 |
| MSI BVF SPV LLC | C O Bnp Paribas Prime Brokerage | 787 Seventh Ave 8th | Att Tom Fitzgerald | | New York | NY | 10019 | | 50,801 |
| Peter Lloyd | | Address Intentionally Omitted | | | | | | | 3,850 |
| Pierre Legault | | Address Intentionally Omitted | | | | | | | 4,000 |
| Setraco Ehf | | Address Intentionally Omitted | | | | | | | 76,045 |
| Steve Stone | | Address Intentionally Omitted | | | | | | | 1,120 |
| Steven M Stone | | Address Intentionally Omitted | | | | | | | 10,242 |
| Steven M Stone Tr | | Address Intentionally Omitted | | | | | | | 2,354 |
| Steven M Stone Tr | | Address Intentionally Omitted | | | | | | | 2,354 |

| Name of Equity Holder | Notice Information | Address1 | Address2 | Address3 | City | State | Zip | Country | Common Stock Shares |
|---|---|---|---|---|---|---|---|---|---|
| Steven M Stone Tr | | Address Intentionally Omitted | | | | | | | 2,354 |
| Steven M Stone Tr | | Address Intentionally Omitted | | | | | | | 1,012 |
| Victor J Paci | | Address Intentionally Omitted | | | | | | | 1,925 |
| Wryp 2002 | | 4101 Lake Boone Trail Ste 300 | | | Raleigh | NC | 27607 | | 770 |