**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------- x
                                          :
In re:                                    :   Chapter 11
                                          :
NEPHROGENEX, INC.,                        :   Case No. 16-11074 (KG)
                                          :
                   Debtor.[1]             :
                                          :
--------------------------------------------------------- x
```

## SCHEDULES OF ASSETS AND LIABILITIES FOR NEPHROGENEX, INC.

---

[1]     The last four digits of the Debtor's federal tax identification number are 5171.  The mailing address for the Debtor is 3200 Beechleaf Court, Suite 900, Raleigh, NC 27604.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x
                                          :
In re:                                    :    Chapter 11
                                          :
NEPHROGENEX, INC.,                        :    Case No. 16-11074 (KG)
                                          :
                Debtor.[1]                :
                                          :
                                          :
-------------------------------------------------------- x

## GENERAL NOTES PERTAINING TO SCHEDULES
## AND STATEMENT OF FINANCIAL AFFAIRS

On April 30, 2016 (the "Petition Date"), NephroGenex, Inc., as debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which case is being administered as Case No. 16-11074 (KG).  With the assistance of its professionals, the Debtor's management prepared the Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "SOFA" and, together with the Schedules, the "Schedules and SOFA") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  The Schedules and SOFA are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the financial statements.

Although the Debtor's management has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery of inadvertent errors or omissions may result in material changes to the Schedules and SOFA.  The information provided herein, except as otherwise noted, is as of the close of business on April 30, 2016, unless otherwise stated.  Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFA.  Accordingly, the Schedules and SOFA remain subject to further review and verification by the Debtor.  The Debtor reserves its right to amend the Schedules and SOFA from time to time as may be necessary or appropriate.  These general notes regarding the Schedules and SOFA (the "General Notes") comprise an integral part of the Schedules and SOFA filed by the Debtor and should be referenced in connection with any review of the Schedules and SOFA.  Nothing contained in the Schedules and SOFA shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

---

[1]        The last four digits of the Debtor's federal tax identification number are 5171.  The mailing address for the Debtor is 3200 Beechleaf Court, Suite 900, Raleigh, NC 27604.

The Schedules and SOFA have been signed by John P. Hamill, the Chief Executive Officer and Chief Financial Officer of the Debtor. In reviewing and signing the Schedules and SOFA, Mr. Hamill has necessarily relied upon the efforts, statements and representations of the Debtor's accounting personnel and advisors. Mr. Hamill has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

1.      Information Subject to Confidentiality.  The Debtor has redacted from the public record addresses of its employees and certain other individuals.

2.      Amendments.  The Debtor reserves the right to amend and/or supplement the Schedules and SOFA as necessary and/or appropriate.

3.      Asset Presentation.  Unless otherwise stated, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in the Debtor's unaudited accounting books and records, as of April 30, 2016, and not on the basis of current market values of such interest in property and/or liabilities.  The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

4.      Liabilities.  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFA.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change, and the Debtor reserves the right to change the allocation of liability to the extent such additional information becomes available.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the entire amount of a prepetition liability for goods delivered in the twenty (20) days prior to the Petition Date is commingled with a particular creditor's other open liabilities reflected in the Debtor's accounts payable system.

5.      Estimates.  To close the books and records of the Debtor as of the Petition Date, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of its assets, liabilities, revenue and expenses.

6.      Causes of Action.  Despite reasonable efforts, the Debtor might not have identified and/or set forth all of its causes of action against third parties as assets in its Schedules and SOFA.  The Debtor reserves any and all of its rights with respect to any causes of action it may have, and neither these General Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

7.      Claims Description.  Any failure to designate a claim on the Schedules and/or SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFA as to amount, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment.

8.     Property and Equipment.  Nothing in the Schedules or SOFA (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all its rights with respect to such issues.

9.     Insiders.  Solely for purposes of the Schedules and SOFA, the Debtor defines "insiders" to include the following: (a) directors, (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities of the Debtor, (d) Debtor affiliates, and (e) relatives of any of the foregoing (to the extent known by the Debtor).

Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  The listing of a creditor as an "insider" does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved.  As such, the Debtor reserves all rights with respect to the foregoing issues.

10.     Intellectual Property Rights.  Exclusion of certain intellectual property from the Schedules and SOFA shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

11.     Specific Notes.  These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFA.  Disclosure of information in one Schedule, the SOFA, an exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, the SOFA or any exhibits or continuation sheets.

12.     Totals.  All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

13.     Unliquidated Claim Amounts.  Claim amounts that could not be fairly quantified by the Debtor are scheduled as "undetermined" or "unknown."

14.     Claimants.  The identity of some of the holders of claims may have changed over time due to trading and/or transfer of certain of these claims.  It is the Debtor's belief that the claims against the Debtor were as of the Petition Date held by the entities identified in the Schedules (or affiliates of such entities or beneficial holders for which such entities are nominees or asset managers), in the principal amounts set forth herein, without inclusion of accrued and unpaid interest (unless expressly noted that interest is included).

15.    <u>General Reservation of Rights</u>.  The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of its Schedules and SOFA as and to the extent necessary as it deems appropriate.

<u>Specific Disclosures With Respect to the Debtor's Schedules</u>

16.    <u>Schedule A/B: Assets – Real and Personal Property</u>.  The Debtor's operating account includes $3,700 of Consolidated Omnibus Budget Reconciliation Act ("<u>COBRA</u>") payments received from former employees.  A corresponding accrued liability to account for this advancement related to COBRA payments for the month of May appears in the Debtor's financial statements for the month of April.

17.    <u>Schedule E/F: Creditors Who Have Unsecured Claims</u>.  The listing of any claim on Schedule E/F as a priority claim does not constitute an admission by the Debtor that such claim is entitled to priority under section 507(a) of the Bankruptcy Code.  The Debtor reserves the right to dispute the priority status of any claim on any basis.

Although the Debtor has made a reasonable attempt to set forth its unsecured obligations in Schedule E/F, the actual amount of claims against the Debtor may vary from the represented liabilities.  Parties in interest should not accept that any listed liability necessarily reflects the correct amount of any unsecured creditor's allowed claim or the correct amount of all unsecured claims.  Similarly, parties in interest should not anticipate that recoveries in this case will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFA.

The claims listed on Schedule E/F arose or were incurred on various dates and, in certain instances, the date on which a claim arose may be unknown or subject to dispute.  Because fixing that date for each claim in Schedule E/F would be unduly burdensome and cost prohibitive, the Debtor has not listed a date for the claims listed on Schedule E/F.

Schedule E/F does not include employee withholding obligations of the Debtor, which the Debtor remits directly to the applicable authority.  In addition, Schedule F does not include certain deferred charges, deferred liabilities or accruals.

Schedule E/F may not include potential rejection damages claims of counterparties to executory contracts or unexpired leases that may be rejected by the Debtor.

18.    <u>Schedule G: Executory Contracts and Unexpired Leases</u>.  Although the Debtor has made every effort to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth separately on Schedule G.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as easements, rights of way, subordination

agreements, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality or nondisclosure agreements.  Such documents may not be set forth in Schedule G.

The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

The Debtor may be party to certain agreements that have expired by their terms. Out of an abundance of caution, the Debtor may have listed certain such agreements on Schedule G.  The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission of those contracts from Schedule G.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract.  The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

<u>Specific Disclosures With Respect to the Debtor's SOFA</u>

19.    <u>Question 3</u>.  Question 3 excludes (a) employee withholdings such as tax withholdings and benefits withholdings remitted by the Debtor to the applicable authorities; and (b) amounts paid to insiders (which are reflected in Question 4).

**Fill in this information to identify the case:**

Debtor Name: In re : NephroGenex, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 16-11074 (KG)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

      Copy line 88 from *Schedule A/B* ................................................................................

      $ 0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* ............................................................................

      $ 73,632,292.11

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* ..............................................................................

      $ 73,632,292.11

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ......................................

   $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................

      $ 69,333.04

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............................

      + $ 5,997,443.77

4. **Total liabilities**

   Lines 2 + 3a + 3b ................................................................................................

   $ 6,066,776.81

**Fill in this information to identify the case:**

Debtor Name: In re : NephroGenex, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 16-11074 (KG)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: *Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

2.1 None   $

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 East West Bank | Operating Account | 7468 | $ 4,611,055.51 |
| 3.2 East West Bank | Money Market Account | 9407 | $ 25,026.63 |

4. **Other cash equivalents** *(Identify all)*

4.1 None   $

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 4,636,082.14

Debtor: NephroGenex, Inc.
_____
Name

Case number *(if known)*: 16-11074

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 Highwoods Realty Limited Partnership; Security Deposit — $ 9,534.63

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 See Schedule A/B8 Attachment — $ 2,958,219.23

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81. — $ 2,967,753.86

**Schedule A/B: Assets - Real and Personal Property**

Debtor: NephroGenex, Inc.
_____
Name

Case number *(if known)*   16-11074
_____

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

11. **Accounts receivable**

|  | Description | face amount | doubtful or uncollectible accounts |  |  |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | _____ | $ _____ | $ _____ | =..... ➔ | $ _____ |
| 11b. Over 90 days old: | _____ | $ _____ | $ _____ | =..... ➔ | $ _____ |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

|  |
|---|
| $  0.00 |

Debtor: NephroGenex, Inc.
_____
Name

Case number *(if known)*: 16-11074

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                                % of ownership:

_____  _____ %  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____  _____  $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

Debtor: NephroGenex, Inc.
_____
Name

Case number *(if known)*: 16-11074

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| 20. **Work in progress** | | | | |
| 20.1 Active Pharmaceutical Ingredient | N/A | $ Unknown | None | $ Unknown |
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 None | | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ W}\}[,}

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Description_____ Book value $_____ Valuation method_____ Current value $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: NephroGenex, Inc.
_____
    Name

Case number *(if known)*: 16-11074

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Description _____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor: NephroGenex, Inc.
_____
Name

Case number *(if known)*: 16-11074

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1  See Schedule A/B39 Attachment | $ 0.00 | None | $ Unknown |
| 40. **Office fixtures** | | | |
| 40.1  None | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  See Schedule A/B41 Attachment | $ 23,946.24 | None | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ W̶}̶\̶}̶[̶,̶}̶

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor: NephroGenex, Inc.                                                                    Case number *(if known)*    16-11074
_____
Name

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ | _____ | $ _____ |
| 49.  **Aircraft and accessories** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor: NephroGenex, Inc.
_____
Name

Case number *(if known)*   16-11074
_____

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐   No. Go to Part 10.

☑   Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Office Building<br>3200 Beechleaf Court, Suite 900<br>Raleigh, NC 27604 | Lessee | $ Unknown | None | $ Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ W}\}[ , }

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑   No

☐   Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑   No

☐   Yes

Debtor: NephroGenex, Inc.                                                                    Case number *(if known)*    16-11074
_____
Name

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  See Schedule A/B60 Attachment | $ | | $ Unknown |
| **61. Internet domain names and websites** | | | |
| 61.1  http://www.nephrogenex.com | $ Unknown | None | $ Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1  Amended and Restated License Agmt between University of Kansas Medical Research Center Research Institute, Inc. and the Debtor | $ Unknown | None | $ Unknown |
| 62.2  Licence Agmt between Uppsala Monitoring Centre and the Debtor | $ Unknown | None | $ Unknown |
| 62.3  Restated and Amended License Agmt between Vanderbilt University and the Debtor | $ Unknown | None | $ Unknown |
| 62.4  License Agmt between University of South Carolina Research Foundation and the Debtor | $ Unknown | None | $ Unknown |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1  None | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1  None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1  None | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ W}\}[,}

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: NephroGenex, Inc.
_____
Name

Case number *(if known)*: 16-11074
_____

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

71.1 None _____  $ _____ - $ _____ = ➔ $ _____

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 See Schedule A/B72 Attachment _____     Tax year _____     $ 66,026,356.11

**73. Interests in insurance policies or annuities**

73.1 None _____     $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None _____     $ _____

    **Nature of claim** _____

    **Amount requested**     $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None _____     $ _____

    **Nature of claim** _____

    **Amount requested**     $ _____

**76. Trusts, equitable or future interests in property**

76.1 None _____     $ _____

**77. Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 AMEX Points on AMEX charge card _____     $ 2,100.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $ 66,028,456.11

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor:   NephroGenex, Inc.
_____
              Name

Case number *(if known)*     16-11074

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,636,082.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,967,753.86 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................ | .......................  ➔ | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 66,028,456.11 | |
| 91. **Total.** Add lines 80 through 90 for each column. .............................91a. | $ 73,632,292.11 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................ | | $ 73,632,292.11 |

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepayment for 2016 annual fees | NASDAQ | $ 36,666.67 |
| Prepayment for annual WHO database access fee (March 2016 to March 2017) | Upsala Monitoring Center | $ 9,119.64 |
| Prepayment for BioNetwork East Conference Fees (May 2, 2016) | Worldwide Business Research | $ 1,649.50 |
| Prepayment for Q2 BOD Fees | Pierre Legault | $ 2,851.85 |
| Prepayment for Q2 BOD Fees | Richard Markham | $ 3,333.33 |
| Prepayment for Q2 BOD Fees | James Mitchum | $ 3,333.33 |
| Prepayment for Q2 BOD Fees | Robert R. Seltzer | $ 3,333.33 |
| Prepayment for Q2 BOD Fees | Eugen Steiner, M.D. | $ 3,333.33 |
| Prepayment for Q2 BOD Fees | Marco Taglietti, M.D. | $ 3,333.33 |
| Prepayment for May and June Services for Intralink Website | Intralink | $ 2,750.00 |
| Prepayment for May Consulting Services (from May 1 to May 13) | Pierre Legault | $ 4,125.00 |
| Prepayment for May Consulting Services (from May 1 to May 13) | Jai Patel | $ 2,850.00 |
| Retainer | Cole Schotz | $ 144,556.44 |
| Retainer | Skadden, Arps LLP | $ 40,724.00 |
| Retainer | Mintz Levin Cohn Ferris Glovsky | $ 25,000.00 |
| Retainer | Kurtzman Carson Consultants LLC | $ 21,138.50 |
| Retainer | EisnerAmper LLP | $ 7,850.00 |
| Retainer | McDonnell Boehnen Hulbert & Berghoff | $ 7,537.50 |
| Upfront Long-Term Deposit for application on final billing (Contract related to leasing of EKG machines for conducting clinical trial) | Bioclinica | $ 17,092.75 |
| Upfront Pre-funded Amounts for Investigator Site Payments | Medpace | $ 252,603.78 |
| Upfront prepayment for API campaign manufacturing agreement - API is scheduled to be released in May 2016 | Patheon | $ 310,772.00 |
| Various Insurance Prepayments - D&O Tail; Clinical Trial Tail, Travel, Product Liabilities, Worker's Compensation | Willis | $ 2,054,264.93 |
| | **TOTAL** | **$ 2,958,219.23** |

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule A/B 39
Office furniture

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Depreciation schedule available (Y/N) | Appraised within last year (Y/N) |
|---|---|---|---|---|---|
| Designer Fabric, tall, wired, locking Cubicles (Qty: 2) | $0.00 | None | Unknown | N | N |
| Exec Exchange Desk with overhead Storage (Qty: 6) | $0.00 | None | Unknown | N | N |
| Fire King FP File Cabinets (Qty: 6) | $0.00 | None | Unknown | N | N |
| Large (Board) Conference Table / Credenza / White Board (Qty: 1) | $0.00 | None | Unknown | N | N |
| L-shaped Cherry Desks (Qty: 5) | $0.00 | None | Unknown | N | N |
| Medium Conference Table / Chairs / Credenza / White Board (Qty: 1) | $0.00 | None | Unknown | N | N |
| Paoli 36" Teardrop Rolling desks (Qty: 4) | $0.00 | None | Unknown | N | N |
| Receptionist Desk  / Credenza / File Cabinet (Qty: 1) | $0.00 | None | Unknown | N | N |
| Round Tables with chairs (Qty: 4) | $0.00 | None | Unknown | N | N |

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule A/B 41
Office equipment

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Depreciation schedule available (Y/N) | Appraised within last year (Y/N) |
|---|---|---|---|---|---|
| Cannon Copier (QTY: 1) | $0.00 | None | Unknown | N | N |
| Dell 24" Monitors (QTY: 14) | $0.00 | None | Unknown | N | N |
| Dell 26" Monitors (QTY: 1) | $0.00 | None | Unknown | N | N |
| Dell Tower PC (QTY:1) | $1,022.05 | None | Unknown | N | N |
| Epson Power Lite 77c Projector | $0.00 | None | Unknown | N | N |
| HP Laser Jet Printers (3) | $0.00 | None | Unknown | N | N |
| Mac Book Air (QTY:1) | $1,251.30 | None | Unknown | N | N |
| Meraki FW / Switch (QTY:1) | $3,775.80 | None | Unknown | N | N |
| MS Surface Tablets (2) | $0.00 | None | Unknown | N | N |
| PC Laptops (QTY:10) | $17,897.09 | None | Unknown | N | N |
| Pitney Bowes Postage Meter (QTY: 1) | $0.00 | None | Unknown | N | N |
| Quench Water Cooler (QTY: 1) | $0.00 | None | Unknown | N | N |
| **TOTAL** | **$23,946.24** | | | | |

In re: NephroGenex, Inc.
Case No. 16-11074
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Patent/Publication | Country | Expiration Date | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Personally identifiable information of customers (Y/N) | Amortization schedule available (Y/N) | Appraised within last year (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| Methods For The Treatment And Prevention Of Urinary Stone Disease | 6521645 | USA | 11/14/2021 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | E526023 | Austria | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Belgium | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Bulgaria | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 2529538 | Canada | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Republic of Cyprus | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Czech Republic | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Denmark | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Estonia | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | European Patent Convention | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Finland | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | France | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Germany | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Greece | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Hungary | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Ireland | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Italy | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Luxembourg | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Monaco | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Netherlands | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Poland | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephropathy in Type II Diabetes | 1643999 | Portugal | 6/18/2024 | Unknown | None | Unknown | N | N | N |

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Patent/Publication | Country | Expiration Date | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Personally identifiable information of customers (Y/N) | Amortization schedule available (Y/N) | Appraised within last year (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| Pyridoxamine for the Treatment of Diabetic Nephrophy in Type II Diabetes | 1643999 | Romania | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephrophy in Type II Diabetes | 1643999 | Slovakia | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephrophy in Type II Diabetes | 1643999 | Slovenia | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephrophy in Type II Diabetes | 1643999 | Spain | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephrophy in Type II Diabetes | 1643999 | Sweden | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephrophy in Type II Diabetes | 1643999 | Switzerland | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephrophy in Type II Diabetes | 1643999 | Turkey | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Nephrophy in Type II Diabetes | 1643999 | United Kingdom | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Intermediaries and Post Amadori Inhibition | 8067444 | USA | 6/18/2024 | Unknown | None | Unknown | N | N | N |
| Pyridoxamine for the Treatment of Diabetic Kidney Disease | US-2016-004548 | USA | | Unknown | None | Unknown | N | N | N |
| Methods for the Synthesis of Pyridoxamine | 7214799 | USA | 2/9/2025 | Unknown | None | Unknown | N | N | N |
| Methods for the Synthesis of Pyridoxamine | 8431712 | USA | 2/9/2025 | Unknown | None | Unknown | N | N | N |
| Inhibitors of Advanced Glycation End Products | 2041114 | European Patent Convention | | Unknown | None | Unknown | N | N | N |
| Inhibitors of Advanced Glycation End Products | US-2014-018750 | USA | | Unknown | None | Unknown | N | N | N |
| Use of Pyridoxamine to Treat and/or Prevent Disease Processes | US-2014-029630 | USA | | Unknown | None | Unknown | N | N | N |
| Methods for Limiting Acute Kidney Injury | Pending | USA | | Unknown | None | Unknown | N | N | N |
| Methods for Limiting Acute Kidney Injury | Pending | USA | | Unknown | None | Unknown | N | N | N |
| Methods for Limiting Acute Kidney Injury | Pending | USA | | Unknown | None | Unknown | N | N | N |
| Advanced glycation end-product intermediaries and post-amadori inhibition | 717485 | Australia | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 762030 | Australia | 10/21/2019 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Austria | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Austria | 6/5/2002 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Belgium | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Belgium | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 2331772 | Canada | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 2347117 | Canada | 10/21/2019 | Unknown | None | Unknown | N | N | N |

In re: NephroGenex, Inc.
Case No. 16-11074
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Patent/Publication | Country | Expiration Date | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Personally identifiable information of customers (Y/N) | Amortization schedule available (Y/N) | Appraised within last year (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| Improved Dialysis Solutions and Methods | 2360311 | Canada | 4/6/2020 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Denmark | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Denmark | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | European Patent Convention | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | European Patent Convention | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 1121121 | European Patent Convention | 10/21/2019 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Finland | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Finland | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | France | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | France | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 1121121 | France | 10/21/2019 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Germany | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 69621645.0 | Germany | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 1121121 | Germany | 10/21/2019 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Greece | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 20030403031 | Greece | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Ireland | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Ireland | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Italy | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Italy | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 1121121 | Italy | 10/21/2019 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 3769003 | Japan | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 3864050 | Japan | 10/21/2019 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Luxembourg | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Luxembourg | 9/11/2016 | Unknown | None | Unknown | N | N | N |

In re: NephroGenex, Inc.
Case No. 16-11074
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Patent/Publication | Country | Expiration Date | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Personally identifiable information of customers (Y/N) | Amortization schedule available (Y/N) | Appraised within last year (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Monaco | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Monaco | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Netherlands | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Netherlands | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Portugal | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Portugal | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Spain | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Spain | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 1121121 | Spain | 10/21/2019 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Sweden | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Sweden | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | Switzerland | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | Switzerland | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibitors | 0871443 | United Kingdom | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 1190713 | United Kingdom | 9/11/2016 | Unknown | None | Unknown | N | N | N |
| Methods for inhibiting diabetic complications | 1121121 | United Kingdom | 10/21/2019 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 5985857 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 6472400 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 6750209 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 6228858 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |
| Advanced Glycation End-Product Intermediaries and Post-Amadori Inhibition | 6472411 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |
| Methods for Inhibiting Oxidavtive Modification of Proteins | 6730686 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |
| Methods for Inhibiting Diabetic Complications | 6716858 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |
| Methods for Inhibiting Diabetic Complications | 6740668 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |
| Methods for Treating Diabetic Neuropathy | 7030146 | USA | 9/30/2016 | Unknown | None | Unknown | N | N | N |

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Patent/Publication | Country | Expiration Date | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest | Personally identifiable information of customers (Y/N) | Amortization schedule available (Y/N) | Appraised within last year (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| Post-Amadori Inhibitors of Advanced Glycation Reactions | 6342500 | USA | 3/30/2020 | Unknown | None | Unknown | N | N | N |
| Post-Amadori Inhibitors of Advanced Glycation Reactions | 6610852 | USA | 3/30/2020 | Unknown | None | Unknown | N | N | N |
| Dialysis Solutions and Methods | 6436969 | USA | 9/10/2016 | Unknown | None | Unknown | N | N | N |

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current value of debtor's interest | Appraised within last year (Y/N) |
|---|---|---|---|
| Federal Unused NOL | 2004 | $ 18,700.00 | N |
| Federal Unused R&D Tax Credit | 2004 | $ 1,300.00 | N |
| Federal Unused NOL | 2005 | $ 366,141.00 | N |
| Federal Unused R&D Tax Credit | 2005 | $ 27,642.00 | N |
| Federal Unused NOL | 2006 | $ 484,786.00 | N |
| Federal Unused R&D Tax Credit | 2006 | $ 24,366.00 | N |
| Federal Unused NOL | 2007 | $ 3,492,026.00 | N |
| Federal Unused R&D Tax Credit | 2007 | $ 44,786.00 | N |
| Federal Unused NOL | 2008 | $ 4,842,224.00 | N |
| Federal Unused R&D Tax Credit | 2008 | $ 70,838.00 | N |
| Federal Unused NOL | 2009 | $ 7,698,407.00 | N |
| Federal Unused R&D Tax Credit | 2009 | $ 320,428.00 | N |
| State Unused R&D Tax Credit - NJ | 2009 | $ 62,122.00 | N |
| Federal Unused NOL | 2010 | $ 1,774,155.00 | N |
| Federal Unused R&D Tax Credit | 2010 | $ 205,544.00 | N |
| State Unused R&D Tax Credit - NJ | 2010 | $ 47,730.00 | N |
| Federal Unused NOL | 2011 | $ 1,417,930.00 | N |
| Federal Unused R&D Tax Credit | 2011 | $ 64,675.00 | N |
| State NOL - NC | 2011 | $ 667,407.00 | N |
| State Unused R&D Tax Credit - NJ | 2011 | $ 40,358.00 | N |
| Federal Unused NOL | 2012 | $ 1,473,452.00 | N |
| Federal Unused R&D Tax Credit | 2012 | $ 67,342.00 | N |
| State NOL - NC | 2012 | $ 1,384,954.00 | N |
| State Unused R&D Tax Credit - NJ | 2012 | $ 39,068.00 | N |
| Federal Unused NOL | 2013 | $ 3,024,701.00 | N |
| Federal Unused R&D Tax Credit | 2013 | $ 64,717.00 | N |
| State NOL - NC | 2013 | $ 3,024,701.00 | N |
| Federal Unused NOL | 2014 | $ 7,110,223.00 | N |
| Federal Unused R&D Tax Credit | 2014 | $ 159,609.00 | N |
| State NOL - NC | 2014 | $ 7,110,223.00 | N |
| Federal Unused NOL | 2015 | $ 10,207,876.71 | N |

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current value of debtor's interest | Appraised within last year (Y/N) |
|---|---|---|---|
| Federal Unused R&D Tax Credit | 2015 | $ 480,047.40 | N |
| State NOL - NC | 2015 | $ 10,207,877.00 | N |
| | **TOTAL** | **$66,026,356.11** | |

**Fill in this information to identify the case:**

Debtor Name: In re : NephroGenex, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 16-11074 (KG)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1 **Creditor's name**

Creditor's Name

**Describe debtor's property that is subject to a lien**

$ _____     $ _____

**Creditor's mailing address**

Notice Name

**Describe the lien**

Street

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

City     State     ZIP Code

Country

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H).

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?

   - ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____

   - ☐ Yes. The relative priority of creditors is specified on lines
      _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 0.00

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name _____

Notice Name _____

Street _____

_____

_____

City _____ State _____ ZIP Code _____

Country _____

**Fill in this information to identify the case:**

Debtor Name: In re : NephroGenex, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 16-11074 (KG)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 4,086.54 | $ 4,086.54 |
|---|---|---|---|---|
| | Annie C.W. Poulos | *Check all that apply.* | | |
| | Creditor Name | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | Creditor's Notice name | ☐ Disputed | | |
| | 3200 Beechleaf Court | | | |
| | Address | **Basis for the claim:** | | |
| | 3200 Beechleaf Court | Accrued Paid Time Off | | |
| | Suite 900 | | | |

| Raleigh | NC | 27604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured**

claim: 11 U.S.C. § 507(a) ()

| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 41,496.50 | $ 8,763.46 |
|---|---|---|---|---|
| | Annie C.W. Poulos | *Check all that apply.* | | |
| | Creditor Name | ☑ Contingent | | |
| | | ☐ Unliquidated | | |
| | Creditor's Notice name | ☐ Disputed | | |
| | 3200 Beechleaf Court | | | |

Debtor: NephroGenex, Inc.

Name

Case number *(if known)*    16-11074

**Basis for the claim:**

Address

3200 Beechleaf Court

Severance

Suite 900

| Raleigh | NC | 27604 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒  No

☐  Yes

**Specify Code subsection of PRIORITY unsecured**

claim: 11 U.S.C. § 507(a) ()

---

2.3  **Priority creditor's name and mailing address**

John Hamill

Creditor Name

**As of the petition filing date, the claim is:**  $ 23,750.00    $ 12,850.00
*Check all that apply.*

☐  Contingent

Creditor's Notice name

☐  Unliquidated

3200 Beechleaf Court

☐  Disputed

Address

3200 Beechleaf Court

**Basis for the claim:**

Suite 900

Accrued Paid Time Off

| Raleigh | NC | 27604 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒  No

**Specify Code subsection of PRIORITY unsecured**

☐  Yes

claim: 11 U.S.C. § 507(a) ()

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|--|---------------------|

3.1 **Nonpriority creditor's name and mailing address**

See Schedule E/F2 Attachment

Creditor Name

Creditor's Notice name

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 5,997,443.77

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| # | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | ADP, LLC | | PO BOX 842875 | | | Boston | MA | 02284-2875 | | Trade Claim | N | | | | $293.44 |
| 3.2 | Alliance Limousine | | 836 Moutain Avenue | acct 31762 | | Springfield | NJ | 07081 | | Trade Claim | N | | | | $342.20 |
| 3.3 | AT&T TeleConference Services | | PO Box 5002 | | | Carol Sream | IL | 60197-5002 | | Trade Claim | N | | | | $27.49 |
| 3.4 | Baker IDI | | P.O. Box 6492 | St Kilda Road Central | | Melbourne | VIC | 03004 | Australia | Trade Claim | N | | | | $1,500.00 |
| 3.5 | Canon Financial Services Inc | | 14904 Collections Center Drive | | | Chicago | IL | 60693-0149 | | Trade Claim | N | | | | $310.23 |
| 3.6 | Canon Solutions America Inc | | 15004 Collections Center Drive | | | Chicago | IL | 60693 | | Trade Claim | N | | | | $431.75 |
| 3.7 | Carbogen AMCIS AG | | Hauptstrasse 171 | | | Bubendorf | | | Switzerland | Trade Claim | N | | | x | $15,100.00 |
| 3.8 | Carolinas IT | Attn Jeff Raysor | Carolinas IT | 1600 Hillsborough St | | Raleigh | NC | 27605 | | Trade Claim | N | | | | $48.00 |
| 3.9 | Catalent Pharma Solutions | | 160 N Pharma Drive | | | Morrisvill | NC | 27560 | | Trade Claim | N | | | x | $43,304.14 |
| 3.10 | Collaborative Study Group | | 1426 West Washington Blvd | | | Chicago | IL | 60607 | | Trade Claim | N | | | | $47,918.00 |
| 3.11 | Datawatch Systems | | 4401 East West Hwy | Suite 500 | | Bethesda | MD | 20814 | | Trade Claim | N | | | | $108.15 |
| 3.12 | EIS Consulting | | 624 Matthews Hill Road | Suite 201 | | Matthews | NC | 28105 | | Trade Claim | N | | | | $179.10 |
| 3.13 | Highwoods Realty Limited Partnership | c/o Highwoods Properties, Inc. | Attn: Manager, Lease Administration and Legal | 3100 Smoketree Court | Suite 600 | Raleigh | NC | 27709 | | Landlord Claim | N | x | x | | $0.00 |
| 3.14 | Impact Pharmaceutical Services | | 79 TW Alexander Drive | P.O. Box 110423 | Building 4401, Suite 101 | Research Triangle Park | NC | 27709 | | Trade Claim | N | | | x | $9,757.25 |
| 3.15 | John Hamill | | 3200 Beechleaf Court | Suite 900 | | Raleigh | NC | 27604 | | Severance | N | x | | | $534,995.05 |
| 3.16 | Medpace Inc. | | 5375 Medpace Way | | | Cincinnati | OH | 45227 | | Trade Claim | N | | | x | $4,492,841.29 |
| 3.17 | Patheon Pharmaceuticals Inc | | 2110 East Galbraith Road | | | Cincinnati | OH | 45237 | | Trade Claim | N | | | x | $645,415.13 |
| 3.18 | Pierre Legault | | 3200 Beechleaf Court | Suite 900 | | Raleigh | NC | 27604 | | Special Bonus/RSUs | N | | | | $145,080.00 |
| 3.19 | Recall-Total Information Mgmt | | PO Box 841693 | | | Dallas | TX | 75284-1693 | | Trade Claim | N | | | | $10,619.14 |
| 3.20 | Shred-It USA, LLC | | 1811 Anthony Rd | | | Burlington | NC | 27215 | | Trade Claim | N | | | | $49.50 |
| 3.21 | University of South Carolina | | Technology Commercialization Office | 901 Sumter Street | Suite 512 | Columbia | SC | 29208 | | Trade Claim | N | | | | $30,000.00 |
| 3.22 | UNUM | | PO Box 409548 | | | Atlanta | GA | 30384-9548 | | Trade Claim | N | | | | $200.00 |
| 3.23 | Vanderbilt University | | 1207 17th Avenue South | Suite 105 | | Nashville | TN | 37212 | | Trade Claim | N | | | | $18,302.83 |
| 3.24 | Verizon Wireless | | PO BOX 660108 | | | Dallas | TX | 75266-0108 | | Trade Claim | N | | | | $621.08 |
| | | | | | | | | | | | | | | TOTAL | $5,997,443.77 |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line _____ | |
| Name | ☐ Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ | 69,333.04 |
| 5b. | **Total claims from Part 2** | 5b. + | $ | 5,997,443.77 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,066,776.81 |

**Fill in this information to identify the case:**

Debtor Name: In re : NephroGenex, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 16-11074 (KG)

☐  Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   **State what the contract or lease is for and the nature of the debtor's interest**          See Schedule G Attachment

Name

**State the term remaining**

Notice Name

Address

**List the contract number of any government contract**

City                          State                          ZIP Code

Country

**In re: NephroGenex, Inc.**
**Case No. 16-11074**
Schedule G
Executory Contracts and Unexpired Leases

| # | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|---|---|---|---|---|---|---|---|
| 2.1 | ADP TotalSource, Inc. | Attn: Phillip Dzialo, Area President | 99 Jefferson Road | | Parsippany | NJ | 07054 | | TotalSource Client Services Agreement |
| 2.2 | AT&T Corp. | Attn: Master Agreement Support Team | One AT&T Way | | Bedminster | NJ | 07921-0752 | | Service Agreement |
| 2.3 | Baker IDI Heart and Diabetes Institute Holdings Limited | | 75 Commercial Road | | Melbourne | VIC | 3004 | Australia | Consulting Agreement |
| 2.4 | BioClinica, Inc. | Attn: Mark L. Weinstein, President and CEO | 826 Newtown-Yardley Road | | Newtown | PA | 18940 | | General Services Agreement #46101 |
| 2.5 | BioClinica, Inc. | Attn: Mark L. Weinstein, President and CEO | 826 Newtown-Yardley Road | | Newtown | PA | 18940 | | General Services Agreement #46102 |
| 2.6 | Canon Solutions America, Inc. | | 300 Commerce Square Blvd. | | Burlington | NJ | 08016 | | Unified Lease Agreement; Maintenance Agreement |
| 2.7 | Canon Financial Services, Inc. | | 158 Gaither Drive, Suite 200 | | Mount Laurel | NJ | 08054 | | Unified Lease Agreement; Maintenance Agreement |
| 2.8 | Carbogen AMCIS AG | | Hauptstrasse 171 | | CH-4416 Bubendorf | | | Switzerland | Master Services Agreement |
| 2.9 | Carolinas IT, Inc. | Attn: Jeff Raysor | 1600 Hillsborough St. | | Raleigh | NC | 27605 | | Master Services Agreement |
| 2.10 | Catalent Pharma Solutions, LLC | | Inchwood Ave. | | Bathgate Scotland EH482EH | | | | Importer of Record Services Agreement |
| 2.11 | Catalent Pharma Solutions, LLC | | 160 Pharma Drive | | Morrisville | NC | 27560 | | ProductDevelopment and Clinical Manufacture for a Pyridoxamine Dihydrochloride IV Product |
| 2.12 | Catalent Pharma Solutions, LLC | | 160 Pharma Drive | | Morrisville | NC | 27560 | | ProductDevelopment and Clinical Manufacture for a Pyridoxamine Dihydrochloride IV Product |
| 2.13 | Catalent Pharma Solutions, LLC | | 160 Pharma Drive | | Morrisville | NC | 27560 | | In-Use Stability Study of Formulated Pyridoxamine Dihydrochloride IV Drug Product |
| 2.14 | Catalent Pharma Solutions, LLC | | 10381 Decatur Road | | Philadelphia | PA | 19114 | | PIONEER Phase III Packaging Storage and Distribution |
| 2.15 | Catalent Pharma Solutions, LLC | | 10381 Decatur Road | | Philadelphia | PA | 19114 | | PIONEER Phase III Clinical Supplies Management Support for Study Transfer and Monitoring |
| 2.16 | Catalent Pharma Solutions, LLC | | 14 Schoolhouse Road | | Somerset | NJ | 08873 | | Quality Agreement |
| 2.17 | Collaborative Study Group, Inc. | | 1426 West Washington Blvd. | | Chicago | IL | 60607 | | Coordination Center Agreement, as amended 7/1/14, 8/1/14, 4/1/15 |
| 2.18 | Datawatch Systems, Inc. | | 4401 East West Highway | Suite 500 | Bethesda | MD | 20814 | | Access Control Agreement |
| 2.19 | DPx Fine Chemicals Austria GmbH & Co KG (Patheon) | | St. Peter Strasse 25 | | 4021 Linz | | | Austria | Pyridoxamine Dihydrochloride Drug Substance Proposal, A-REGA-82294-R1 |
| 2.20 | DPx Fine Chemicals Austria GmbH & Co KG (Patheon) | | St. Peter Strasse 25 | | 4021 Linz | | | Austria | Development Program for Pyridoxamine Dihydrochloride Campaign, A-REGA-95509-R0 |
| 2.21 | DPx Fine Chemicals Austria GmbH & Co KG (Patheon) | | St. Peter Strasse 25 | | 4021 Linz | | | Austria | Research and Manufacturing Services Agreement |

In re: NephroGenex, Inc.
Case No. 16-11074
Schedule G
Executory Contracts and Unexpired Leases

| # | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|---|---|---|---|---|---|---|---|
| 2.22 | DPx Fine Chemicals Austria GmbH & Co KG (Patheon) | | St. Peter Strasse 25 | | 4021 Linz | | | Austria | Registration Campaign for Pyridoxamine 2HCl, A-LFCAA-95525-R2 |
| 2.23 | Highwoods Realty Limited Partnership | c/o Highwoods Properties, Inc. | Attn: Manager, Lease Administration and Legal | 3100 Smoketree Court, Suite 600 | Raleigh | NC | 27604 | | Office Lease |
| 2.24 | Impact Pharmaceutical Services, Inc. | | 79 TW Alexander Drive | Building 4401, Suite 100 | Research Triangle Park | NC | 27709 | | Master Service Agreement |
| 2.25 | IntraLinks, Inc. | | 150 East 42nd St., 8th Floor | | New York | NY | 10017 | | IntraLinks Exchanges Order |
| 2.26 | J. Wesley Fox, Ph.D. | | Address Intentionally Omitted | | | | | | Consulting Agreement |
| 2.27 | Jaikrishna Patel | | Address Intentionally Omitted | | | | | | Separation Agreement |
| 2.28 | Jaikrishna Patel | | Address Intentionally Omitted | | | | | | Consulting Agreement |
| 2.29 | John Hamill | | 3200 Beechleaf Court | Suite 900 | Raleigh | NC | 27604 | | Executive Employment Agreement |
| 2.30 | MHT Tokuda Hospital Sofia JSC | | 51B Nikola Vaptsarov Blvd. | | 1407 Sofia | | | Bulgaria | Clinical Study Agreement |
| 2.31 | Mark Klausner | | Address Intentionally Omitted | | | | | | Amended and Restated Consulting Agreement |
| 2.32 | Medpace, Inc. | | 4620 Wesley Avenue | | Cincinnati | OH | 45212 | | Amended and Restated Master Services Agreement |
| 2.33 | Medpace Reference Laboratories | | 4620 Wesley Avenue | | Cincinnati | OH | 45212 | | Laboratory Services Agreement |
| 2.34 | Michael Metzger | | Address Intentionally Omitted | | | | | | Consulting Agreement |
| 2.35 | MLV & Co., LLC | | 1301 Avenue of the Americas | 43rd Floor | New York | NY | 10019 | | At Market Issuance Sales Agreement |
| 2.36 | LeClairRyan, A Professional Corporation | Attention: James T. Seery | 885 Third Avenue | | New York | NY | 10022 | | At Market Issuance Sales Agreement |
| 2.37 | MTS Health Partners, L.P. | | 623 Fifth Avenue, 14th Floor | | New York | NY | 10022 | | Engagement Agreement |
| 2.38 | NASDAQ OMX Corporate Solutions, LLC | | One Liberty Plaza, 165 Broadway | | New York | NY | 10006 | | Master Services Agreement |
| 2.39 | Patheon Pharmaceuticals Inc. | | 2110 East Gailbraith Road | | Cincinnati | OH | 45237 | | Development Manufacturing Agreement P-CRP-53899-R1 |
| 2.40 | Patheon Pharmaceuticals Inc. | | 2110 East Gailbraith Road | | Cincinnati | OH | 45237 | | Quality Agreement Clinical Trial Material |
| 2.41 | Patheon Pharmaceuticals Inc. | | 2110 East Gailbraith Road | | Cincinnati | OH | 45237 | | Pharmaceutical Development Services Agreement P-CRP-30079-R9 |
| 2.42 | Pepper Landson | | Address Intentionally Omitted | | | | | | Separation Agreement |
| 2.43 | Pierre Legault | | Address Intentionally Omitted | | | | | | Separation Agreement |
| 2.44 | Pierre Legault | | Address Intentionally Omitted | | | | | | Restricted Stock Unit Grant Notice and Agreement |
| 2.45 | Pitney Bowes | | P.O. Box 371874 | | Pittsburgh | PA | 15250-7874 | | Postage Meter Rental |
| 2.46 | Quench USA, Inc. | | 780 5th Avenue, Suite 200 | | King of Prussia | PA | 19406 | | Rental Agreement |
| 2.47 | Recall-Total Information Management | | PO Box 841693 | | Dallas | TX | 75284-1693 | | |
| 2.48 | Reneta Koycheva | Department of Nephrology | 2 Gen. Stoletov Str. | | Stara Zagora 6000 | | | Bulgaria | Clinical Study Agreement |
| 2.49 | Reneta Koycheva | Department of Nephrology | 2 Gen. Stoletov Str. | | Stara Zagora 6000 | | | Bulgaria | Clinical Study Agreement |
| 2.50 | Robert Peterson | | Address Intentionally Omitted | | | | | | Separation Agreement |
| 2.51 | Shred-it USA LLC | | 1811 Anthony Rd | | Burlington | NC | 27215 | | Customer Service Agreement |

In re: NephroGenex, Inc.
Case No. 16-11074
Schedule G
Executory Contracts and Unexpired Leases

| # | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest |
|---|---|---|---|---|---|---|---|---|---|
| 2.52 | Stone Mgmt LLC | | Address Intentionally Omitted | | | | | | Consulting Agreement |
| 2.53 | Time Warner | Attn: Allen Surratt | 101 Innovation Ave. | | Morrisville | NC | 27560 | | Services Agreement |
| 2.54 | University of Kansas Medical Center Research Institute, Inc. | | 39th and Rainbow Blvd. | | Kansas City | Kansas | 66160 | | Amended and Restated License Agreement, amended 4/30/07, 6/25/08 |
| 2.55 | University of South Carolina Research Foundation | | 901 Sumter Street | Suite 501 Byrnes Building | Columbia | SC | 29208 | | License Agreement, amended 6/20/11, 4/2/12, 8/9/13, 1/14/14 |
| 2.56 | Uppsala Monitoring Centre | | Box 1051 | | SE-751 40 Uppsala | | | Sweden | License Agreement |
| 2.57 | VA WNY Healthcare System | Buffalo VA Medical Center | 3495 Bailey Avenue | | Buffalo | NY | 14215 | | Cooperative Research and Development Agreement |
| 2.58 | Vanderbilt University | Center for Technology Transfer and Commercialization | 1207 17th Avenue S., Suite 105 | | Nashville | TN | 37212 | | Restated and Amended License Agreement, amended 11/6/13, 3/16/15 |
| 2.59 | Vanderbilt University Medical Center | Office of Contracts Management | Attn: Libby Salberg, Director | 3319 West End Avenue, Suite 100 | Nashville | TN | 37203 | | Coordination Center Agreement, amended 8/1/14, 4/1/15 |
| 2.60 | Verizon | | One Verizon Place | | Alpharetta | GA | 30004 | | Major Account Agreement |
| 2.61 | Workiva | | 2900 Universtiy Blvd. | | Ames | IA | 50010 | | Subscription Order |

**Fill in this information to identify the case:**

Debtor Name: In re : NephroGenex, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 16-11074 (KG)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code <br> _____ <br> Country | _____ | ☐ D <br><br> ☐ E/F <br><br> ☐ G |

Fill in this information to identify the case:

Debtor Name: In re : NephroGenex, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 16-11074 (KG)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/20/2016
    MM / DD / YYYY

✱ _____
Signature of individual signing on behalf of debtor

John P. Hamill
Printed name

Chief Executive Officer and Chief Financial Officer
Position or relationship to debtor