## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NephroGenex, Inc., [1] | |
| Debtor. | Case No. 16-11074 (KG) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Robins Kaplan LLP and The Rosner Law Group hereby appear in the above-captioned case on behalf of the Ad Hoc Committee of Equity Security Holders (the "Ad Hoc Equity Committee")[2] and request that all notices given or filed in the above-captioned case be given to and served upon the following attorneys:

---

[1] The last four digits of the Debtor's federal tax identification number are 5171.  The mailing address for the Debtor is 3200 Beechleaf Court, Suite 900, Raleigh, NC  27604.

[2] The Ad Hoc Equity Committee is comprised of Glenn C. Pollack and Mark D. Thompson Trust.  On May 25, 2016, the Ad Hoc Equity Committee requested that the United States Trustee (the "U.S. Trustee") appoint an official committee of equity security holders.

H. Jeffrey Schwartz
Doron P. Kenter
**ROBINS KAPLAN LLP**
601 Lexington Avenue
Suite 3400
New York, NY  10022
Telephone:    212 980 7400
Facsimile:     212 980 7499
Email: jschwartz@robinskaplan.com
dkenter@robinskaplan.com

Frederick B. Rosner, Esq. (DE 3995)
**THE ROSNER LAW GROUP LLC**
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: 302 777-1111
Email: rosner@teamrosner.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to constitute a waiver of any substantive or procedural right of any holder of equity security interests in the Debtor (collectively, the "Equity Holders"), including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United  States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to challenge the jurisdiction of this Court regarding the Ad Hoc Equity Committee or any Equity Holder, in any matters; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Equity Committee or any Equity Holder, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses,

setoffs and recoupments are expressly reserved.

      **PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of any Equity Holder, including (but not limited to) the members of the Ad Hoc Equity Committee, nor shall be the filing of this Notice of Appearance and Request for Notice any member thereof, be deemed to constitute such Equity Holder's consent to the jurisdiction or constitutional authority of this Court.

      **PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested maters, adversary proceedings, and other proceedings in this case.

DATED:  May 25, 2016

                **THE ROSNER LAW GROUP LLC**

                */s/ Frederick B. Rosner*
                Frederick B. Rosner, Esq. (DE 3995)
                824 Market Street, Suite 810
                Wilmington, DE 19801
                (302) 777-1111
                rosner@teamrosner.com

           -and-

                H. Jeffrey Schwartz
                Doron P. Kenter
                **ROBINS KAPLAN LLP**
                601 Lexington Avenue
                Suite 3400
                New York, NY 10022
                Tel: (212) 980 7400
                Fax: (212) 980 7499

                *Attorneys for the Ad Hoc Committee of*
                *Equity Security Holders*