## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re: : Chapter 11
:
NEPHROGENEX, INC., : Case No. 16-11074 (KG)
:
            Debtor.[1] : **Related to Docket No. 369**
:
------------------------------------------------------------ x

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 27, 2017 AT 1:30 P.M. (EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS[3]

**AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED.**

### CERTIFICATION OF COUNSEL/CERTIFICATION OF NO OBJECTION

1. Debtor's Motion for Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief (Docket No. 320) (Filed February 17, 2017) (the "Motion")

   Related Documents:

   (a) Disclosure Statement With Respect to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Docket No. 319) (Filed February 17, 2017)

---

[1] The last four digits of the Debtor's federal tax identification number are 5171. The mailing address for the Debtor is P.O. Box 400, Jamison, PA 18929.

[2] **Amendments appear in bold print.**

[3] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

(b) Notice of Hearing on Disclosure Statement and Related Objection Deadline (Docket No. 321) (Filed February 17, 2017)

(c) Notice of Filing of Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Docket No. 366) (Filed March 22, 2017)

(d) Notice of Filing of Disclosure Statement with Respect to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Docket No. 367) (Filed March 22, 2017)

(e) Certification of Counsel Regarding Debtor's Motion for Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief (Docket No. 368) (Filed March 23, 2017)

(f) **Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief (Docket No. 370) (Entered March 23, 2017)**

Objection Deadline: March 20, 2017 at 4:00 p.m.

Responses Received:

(a) The Debtor received informal comments from the Office of the United States Trustee and Medpace, Inc.

**Status:** **The Court entered an Order granting the Motion. This matter will not be going forward.**

**ORDER ENTERED - FEE APPLICATION**

2.  Third Interim Fee Application of Cole Schotz P.C., Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2016 through January 31, 2017 (Docket No. 317) (Filed February 16, 2017)

    Related Documents:

    (a) Certification of No Objection Regarding Third Interim Fee Application of Cole Schotz P.C., Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2016 through January 31, 2017 (Docket No. 349) (Filed March 9, 2017)

    (b) Order Approving Third Interim Fee Application of Cole Schotz P.C., Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2016 through January 31, 2017 (Entered March 15, 2017) (Docket No. 356)

    Objection Deadline: March 8, 2017 at 4:00 p.m.

    Responses Received: None.

    Status: The Court entered an Order approving the Application. This matter will not be going forward.

Dated: Wilmington, Delaware
March **24**, 2017

                          COLE SCHOTZ P.C.

                          /s/ David R. Hurst
                          David R. Hurst (I.D. No. 3743)
                          500 Delaware Avenue, Suite 1410
                          Wilmington, Delaware 19801
                          Telephone: (302) 652-3131
                          Facsimile: (302) 652-3117
                          dhurst@coleschotz.com

                          – and –

                          Jacob S. Frumkin
                          1325 Avenue of the Americas, 19th Floor
                          New York, New York 10019
                          Telephone: (212) 752-8000
                          Facsimile: (212) 752-8393
                          jfrumkin@coleschotz.com

                          *Counsel for Debtor and*
                          *Debtor-in-Possession*