**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NephroGenex, Inc.,<br><br>                Debtor. | Chapter 11<br><br>Case No.: 16-11074 (KG) |

**AFFIDAVIT OF SERVICE**

      I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

      On March 24, 2017, at my direction and under my supervision, employees of KCC caused to be served the following document via Facsimile upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Amended Agenda of Matters Scheduled for Hearing on March 27, 2017 at 1:30 p.m. (Eastern Time) Before the Honorable Kevin Gross; Hearing Cancelled** [Docket No. 372]

      Furthermore, on March 24, 2017, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

*(Space Left Intentionally Blank)*

1

- **Notice of Potential Assumption of and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtor** [Docket No. 373]

Dated: March 27, 2017

*/s/ Aljaira Duarte*

A notary public or other officer completing this affidavit verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of New Jersey
County of Hunterdon

Subscribed and sworn to (or affirmed) before me on this 27th day of March, 2017, by Aljaira Duarte, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: */s/ Andrew Seipel* 3/27/17

ANDREW P. SEIPEL
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50049655
My Commission Expires 11/15/2021

# Exhibit A

Exhibit A
Agenda Parties Service List
Served via Facsimile

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Counsel to South Carolina Research Foundation | Elliott Greenleaf, P.C. | Rafael X. Zahralddin-Aravena, Esquire & Shelley A. Kinsella, Esquire | (302) 384-9399 |
| Counsel to Ad Hoc Committee of Equity Security Holders (Glenn C. Pollack and Mark D. Thompson Trust) | Robins Kaplan LLP | H. Jeffrey Schwartz, Esquire & Doron P. Kenter, Esquire | 212 980 7499 |
| US Trustee | U.S. Department of Justice | Mark Kenney, Trial Attorney | 302-573-6497 |
| Counsel for Medpace, Inc | Ulmer & Berne LLP | Richard G. Hardy, Esquire & Todd A. Atkinson, Esquire | (216) 583-7001 |
| US Attorney for Delaware | US Attorney for Delaware | Ellen Slights, Esquire | 302-573-6431 |

In re: NephroGenex, Inc.
Case No 16-11074 (KG)

# Exhibit B

**Exhibit B**
Agenda Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| The Rosner Law Group LLC | Frederick B. Rosner, Esquire | 824 Market Street, Suite 810 | Wilmington | DE | 19801 |

In re: NephroGenex, Inc.
Case No 16-11074 (KG)

# Exhibit C

**Exhibit C**
Core2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditors | ADP, LLC | | mamidatlanticservice@adp.com |
| Top 20 Creditors | Alliance Limousine Service | | info@alliancelimoservice.com |
| Top 20 Creditors | Baker IDI Heart & Diabetes Institute | Attn Ann Reutens | anne.reutens@monash.edu |
| Top 20 Creditors | Carbogen AMCIS AG | Attn Mirjam Sax | mirjam.sax@carbogen-amcis.com; thomas.hartmann@carbogen-amcis.com |
| Top 20 Creditors | Carollinas IT | Attn Jeff Raysor | Jeff.Raysor@CarolinasIT.com |
| Top 20 Creditors | Catalent Pharma Solutions | Attn Jonathan Anstett | jonathan.anstett@catalent.com |
| Top 20 Creditors | Collaborative Study Group | Attn Sheri Floramo Korbet | slfloramo@aol.com |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania Department of Labor & Industry Collections Support Unit | Linda Mitten | ra-li-ucts-bankrupt@state.pa.us |
| Top 20 Creditors | Datawatch Systems | Attn Jim Boegel | cjackson@datawatchsystems.com |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 20 Creditors | EIS Consulting | Attn Kelly Cooper | kelly@eisnc.com |
| Counsel to South Carolina Research Foundation | Elliott Greenleaf, P.C. | Rafael X. Zahralddin-Aravena & Shelley A. Kinsella | rxza@elliottgreenleaf.com; sak@elliottgreenleaf.com |
| FDA | Food and Drug Administration | | druginfo@fda.hhs.gov |
| Top 20 Creditors | Impact Pharmaceutical Services | Attn Mark Cierpial | mcierpial@impactpharma.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to South Carolina Research Foundation | McNair Law Firm, P.A. | Douglas Lineberry, Esq. | dlineberry@mcnair.net |
| Counsel to South Carolina Research Foundation | McNair Law Firm, P.A. | Michael H. Weaver, Esq. | mweaver@mcnair.net |
| Top 20 Creditors | Medpace Inc. | Attn Stephen Ewald (General Counsel) | s.ewald@medpace.com |
| US Trustee for the District of Delaware | Office of the United States Trustee Delaware | Mark Kenney, Trial Attorney | mark.kenney@usdoj.gov |
| US AG Office District of DE | Office of the US Attorney General | Matthew Denn | attorney.general@state.de.us |
| Top 20 Creditors | Patheon Pharmaceuticals Inc | Attn Frank McCune & Cindy Becknell | Frank.McCune@patheon.com Cindy.Becknell@patheon.com |
| Top 20 Creditors | Recall-Total Information Mgmt Inc. | Attn Toi Wilson, Corporate Counsel | toi.wilson@recall.com |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Top 20 Creditors | Shred-It USA, LLC | | greensboro@shredit.com |
| Counsel For for the Ad Hoc Committee of Equity Security Holders | THE ROSNER LAW GROUP LLC | Frederick B. Rosner, Esq. | rosner@teamrosner.com |
| Counsel for Patheon Pharmaceuticals, Inc. | THOMPSON HINE LLP | Louis F. Solimine | Louis.Solimine@ThompsonHine.com |
| 2002 Party - Counsel for Medpace, Inc. | Ulmer & Berne LLP | Attn Richard G. Hardy, Esq., Todd A. Atkinson, Esq. | rhardy@ulmer.com; tatkinson@ulmer.com |
| Top 20 Creditors | University of South Carolina | South Carolina Research Foundation | tbeverly@mailbox.sc.edu |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Top 20 Creditors | Vanderbilt University | Attn Mohammed Sika, PhD. | mohammed.sika@vanderbilt.edu |

In re: NephroGenex, Inc.
Case No 16-11074 (KG)

# Exhibit D

Exhibit D
Core2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditors | ADP, LLC | | PO BOX 842875 | | | Boston | MA | 02284-2875 | |
| Top 20 Creditors | ADP, LLC | | 1851 N Resler Drive | MS-100 | | El Paso | TX | 79912 | |
| Top 20 Creditors | Alliance Limousine Service | | PO Box 254 | | | Union | NJ | 7083 | |
| Top 20 Creditors | AT&T TeleConference Services | | PO BOX 5002 | | | Carol Stream | IL | 60197-5002 | |
| Top 20 Creditors | Baker IDI Heart & Diabetes Institute | Attn Ann Reutens | PO Box 6492 | | | Melbourne | VIC | 3004 | Austrailia |
| Top 20 Creditors | Canon Financial Services Inc | Attn Yolande Hill | 14904 Collections Center Drive | | | Chicago | IL | 60693-0149 | |
| Top 20 Creditors | Canon Financial Services Inc | | 158 Gaither Dr | | | Mt Laurel | NJ | 8054 | |
| Top 20 Creditors | Canon Solutions America Inc | | 15004 Collections Center Drive | | | Chicago | IL | 60693 | |
| Top 20 Creditors | Canon Solutions America Inc | Attn Yolande Hill | 300 Commerce Square Blvd. | | | Burlington | NJ | 8016 | |
| Top 20 Creditors | Carbogen AMCIS AG | Attn Mirjam Sax | Schachenallee 29 | | | Aarau | | CH-5001 | Switzerland |
| Top 20 Creditors | Carbogen AMCIS AG | | Hauptstrasse 171 | | | Bubendorf | | CH-4416 | Switzerland |
| Top 20 Creditors | Carollinas IT | | PO Box 531822 | | | Atlanta | GA | 30353-1822 | |
| Top 20 Creditors | Carollinas IT | Attn Jeff Raysor | 1600 Hillsborough Street | | | Raleigh | NC | 27605 | |
| Top 20 Creditors | Catalent Pharma Solutions | Attn Jonathan Anstett | 10381 Decatur Rd | | | Philadelphia | PA | 19114 | |
| Top 20 Creditors | Catalent Pharma Solutions | | 25111 Network Place | | | Chicago | IL | 60673-1251 | |
| Top 20 Creditors | Collaborative Study Group | Attn Sheri Floramo Korbet | 1426 West Washington Boulevard | | | Chicago | IL | 60607 | |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania Department of Labor & Industry Collections Support Unit | Linda Mitten | 651 Boas Street, Room 702 | | | Harrisburg | PA | 17121 | |
| Top 20 Creditors | Datawatch Systems | | PO Box 79845 | | | Baltimore | MD | 21279-0845 | |
| Top 20 Creditors | Datawatch Systems | Attn Jim Boegel | 4401 East West Highway | Suite 500 | | Bethesda | MD | 20814 | |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd Suite 100 | | | Dover | DE | 19904 | |
| Top 20 Creditors | EIS Consulting | Attn Kelly Cooper | 624 Matthews Hills Road | Suite 201 | | Matthews | NC | 28105 | |
| Counsel to South Carolina Research Foundation | Elliott Greenleaf, P.C. | Rafael X. Zahralddin-Aravena & Shelley A. Kinsella | 1105 N. Market Street, Suite 1700 | | | Wilmington | DE | 19801 | |
| FDA | Food and Drug Administration | | 10903 New Hampshire Ave | | | Silver Spring | MD | 20993-0002 | |
| Top 20 Creditors | Highwoods Realty LP | | 3100 Smoketree Court, Suite 600 | | | Raleigh | NC | 27604 | |
| Top 20 Creditors | Impact Pharmaceutical Services | Attn Mark Cierpial | PO Box 110423 | | | Research Triangle Park | NC | 27709 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Counsel to South Carolina Research Foundation | McNair Law Firm, P.A. | Douglas Lineberry, Esq. | Post Office Box 447 | | | Greenville | SC | 29602 | |
| Counsel to South Carolina Research Foundation | McNair Law Firm, P.A. | Michael H. Weaver, Esq. | Post Office Box 11390 | | | Columbia | SC | 29211 | |
| Top 20 Creditors | Medpace Inc. | Attn Stephen Ewald (General Counsel) | 5375 Medpace Way | | | Cincinnati | OH | 45227 | |
| US Trustee for the District of Delaware | Office of the United States Trustee Delaware | Mark Kenney, Trial Attorney | J. Caleb Boggs Federal Building | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | |
| US AG Office District of DE | Office of the US Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| Top 20 Creditors | Patheon Pharmaceuticals Inc | Attn Frank McCune & Cindy Becknell | 2110 East Galbraith Rd. | | | Cincinnati | OH | 45237 | |
| Top 20 Creditors | Patheon Pharmaceuticals Inc | c/o JP Morgan Chase Bank | 24033 Network Place | | | Chicago | IL | 60673-1240 | |
| Top 20 Creditors | Recall-Total Information Mgmt Inc. | | 015295 Collections Center Dr | | | Chicago | IL | 60693 | |
| Top 20 Creditors | Recall-Total Information Mgmt Inc. | Attn Toi Wilson, Corporate Counsel | 180 Technology Parkway | | | Norcross | GA | 30092 | |
| Counsel For for the Ad Hoc Committee of Equity Security Holders | ROBINS KAPLAN LLP | H. Jeffrey Schwartz | 601 Lexington Avenue | Suite 3400 | | New York | NY | 10022 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 | |
| Top 20 Creditors | Shred-It USA, LLC | Shred-it USA - New York | PO Box 13574 | | | Newark | NJ | 07188-3574 | |
| Top 20 Creditors | Shred-It USA, LLC | | 1811 Anthony Rd | | | Burlington | NC | 27215 | |

In re: NephroGenex, Inc.
Case No 16-11074 (KG)

**Exhibit D**
Core2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel For for the Ad Hoc Committee of Equity Security Holders | THE ROSNER LAW GROUP LLC | Frederick B. Rosner, Esq. | 824 Market Street, Suite 810 | | | Wilmington | DE | 19801 | |
| Counsel for Patheon Pharmaceuticals, Inc. | THOMPSON HINE LLP | Louis F. Solimine | 312 Walnut Street – Suite 1400 | | | Cincinnati | OH | 45202-4029 | |
| 2002 Party - Counsel for Medpace, Inc. | Ulmer & Berne LLP | Attn Richard G. Hardy, Esq., Todd A. Atkinson, Esq. | Skylight Office Tower | 1660 West 2nd Street | Suite 1100 | Cleveland | OH | 44113-1448 | |
| Top 20 Creditors | University of South Carolina | South Carolina Research Foundation | co Office of Economic Engagement | Attn Tiffany J. Beverly | Horizon I, 541 Main St. | Columbia | SC | 29208 | |
| Top 20 Creditors | UNUM Tax Reporting Group - C320 | Attn Tax Reporting Group | 2211 Congress Street | | | Portland | ME | 4122 | |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Top 20 Creditors | Vanderbilt University | Attn Mohammed Sika, PhD. | S-3223 Medical Center North | 1161 21st Avenue South | | Nashville | TN | 37232 | |
| Top 20 Creditors | Vanderbilt University | | Medical Ctr | Dept. 1236 | PO Box 121236 | Dallas | TX | 75312-1236 | |
| Top 20 Creditors | Verizon Wireless | Att General Counsel | One Verizon Place | | | Alpharetta | GA | 30004 | |
| Top 20 Creditors | Verizon Wireless | | PO Box 660108 | | | Dallas | TX | 75266-0108 | |
| Top 20 Creditors | Verizon Wireless | Bankruptcy Administration | 500 Technology Drive | Suite 550 | | Weldon Spring | MO | 63304 | |

# Exhibit E

Exhibit E
Special Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Baker IDI Heart and Diabetes Institute Holdings Limited | | 75 Commercial Road | | | Melbourne | VIC | 03004 | Australia |
| BioClinica, Inc. | Attn Mark L. Weinstein, President and CEO | 826 Newtown-Yardley Road | | | Newton | PA | 18940 | |
| Carbogen AMCIS AG | | Hauptstrasse 171 | | | Bubendorf | | | Switzerland |
| Carbogen AMCIS AG | | Hauptstrasse 171 | | | Bubendorf | | CH-4416 | Switzerland |
| Catalent Pharma Solutions | | 160 N Pharma Drive | | | Morrisville | NC | 27560 | |
| Catalent Pharma Solutions, LLC | | 14 Schoolhouse Road | | | Morrisville | NC | 27560 | |
| Catalent Pharma Solutions, LLC | | Inchwood Ave. | | | Bathgate | | EH482EH | Scotland |
| Collaborative Study Group, Inc. | | 1426 West Washington Blvd | | | Chicago | IL | 60607 | |
| Collaborative Study Group, Inc. | Sheri Lynn Floramo Karbet | 1426 West Washington Blvd | | | Chicago | IL | 60607 | |
| DPx Fine Chemicals | | Donaustafet StraBe 378 | | | Regensburg | | | Germany |
| DPx Fine Chemicals Austria GmbH & Co KG (Patheon) | | St. Peter Strasse 25 | | | Linz | | 4021 | Austria |
| DPx Fine Chemicals Regensburg GmbH & Co (Patheon) | | Donaustaufer Str. 378 | Regensburg | | Bayern | | 93055 | Germany |
| Impact Pharmaceutical Services | | 79 TW Alexander Drive | P.O. Box 110423 | | Research Triangle Park | NC | 27709 | |
| Impact Pharmaceutical Services | | P.O. Box 110423 | | | Research Triangle Park | NC | 27709 | |
| Impact Pharmaceutical Services, Inc. | | 79 TW Alexander Drive | Building 4401, Suite 100 | | Research Triangle Park | NC | 27709 | |
| Impact Pharmaceutical Services, Inc. | | 79 TW Alexander Drive | P.O. Box 110423 | Building 4401, Suite 101 | Research Triangle Park | NC | 27709 | |
| Mark A. Klausner, MD | | Address Intentionally Omitted | | | | | | |
| Patheon Pharmaceuticals Inc. | | 2110 East Galbraith Road | | | Cincinnati | OH | 45237 | |
| Patheon Pharmaceuticals Inc. | Francis P. McCune, Secretary | 2110 East Galbraith Road | | | Cincinnati | OH | 45237 | |
| Pharmaceutics International, Inc. | | 10819 Gilroy Road | | | Hunt Valley | MD | 21031 | |
| Pharmaceutics International, Inc. | Attn Alex McClung | 10819 Gilroy Road | | | Hunt Valley | MD | 21031 | |
| Pharmaceutics International, Inc. | Attn Kimberly Potter | 10819 Gilroy Road | | | Hunt Valley | MD | 21031 | |
| Pharmaceutics International, Inc. | Attn Steve King, Senior Vice President | 10819 Gilroy Road | | | Hunt Valley | MD | 21031 | |
| Pharmaceutics International, Inc. | Attn Ulrike (Uli) Foley, Director Business Development | 10819 Gilroy Road | | | Hunt Valley | MD | 21031 | |
| The Collaborative Study Group | Kevin Caplis, Registered Agent | 175 W. Jackson Blvd., #1600 | | | Chicago | IL | 60604 | |
| The Collaborative Study Group | Attn D.C. Giese | Querrey & Harrow, Ltd. | 175 W. Jackson Blvd., #1600 | | Chicago | IL | 60604 | |
| University of Kansas Medical Center | | 39th and Rainbow Blvd. | | | Kansas City | KS | 66160 | |
| Uppsala Monitoring Centre | | Box 1051 | SE-751 40 Uppsala | | | | | Sweden |
| Vanderbilt University | Center for Technology Transfer and Commercialization | 1207 17th Avenue S. | Suite 105 | | Nashville | TN | 37212 | |
| Vanderbilt University | | 1207 17th Avenue South | Suite 105 | | Nashville | TN | 37212 | |
| Vanderbilt University | Attn Sean Scally | 2100 West End Ave, Suite 750 | | | Nashville | TN | 37203 | |
| Vanderbilt University Medical Center | Office of Contracts Management | Attn Libby Salberg, Director | 3319 West End Avenue | Suite 100 | Nashville | TN | 37203 | |

In re: NephroGenex, Inc.
Case No 16-11074 (KG)