UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NephroGenex, Inc.,<br><br>   Debtor. | Chapter 11<br><br>Case No.: 16-11074 (KG) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 27, 2017, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Disclosure Statement and Related Objection Deadline; to be Held on March 27, 2017 at 2:30 p.m.** (Eastern Time) [Docket No. 321]

Dated: March 31, 2017

_____
Stephanie Delgado

> A notary public or other officer completing this affidavit verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 31st day of March, 2017, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

Exhibit A
Creditor Matrix Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| BioClinica, Inc. | Attn Mark L. Weinstein President and CEO | 2005 S Easton Rd Ste 304 | Doylestown | PA | 18901-7101 |

In re: NephroGenex, Inc., et al.,
Chapter 11 Case No. 16-11074 (KG)                                        Page 1 of 1