EXHIBIT B

Blackline Version of Revised Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
NEPHROGENEX, INC., : Case No. 16-11074 (KG)
:
Debtor.[1] : Related to Docket ~~No~~Nos. 345, 355 and ___
:
------------------------------------------------------------ x

### ORDER ~~SUSTAINING~~RESOLVING DEBTOR'S OBJECTION TO CLAIM OF J. WESLEY FOX (CLAIM NO. 16) PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE

Upon the objection (the "Objection")[2] of NephroGenex, Inc., the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), to the proof of claim ("Claim No. 16") that was filed by J. Wesley Fox; and the Court having jurisdiction over this core proceeding under 28 U.S.C. §§ 157 and 1334; and venue of this matter in the District of Delaware being proper under 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection, the declaration of John P. Hamill in support of the Objection, ~~any responses to the Objection and any replies to those responses~~the response [Docket No. 355] filed by B.E. Capital Management Fund LP ("B.E. Capital") and the amendment to Claim No. 16 filed by B.E. Capital, which proof of claim was assigned Claim No. 118 ("Claim No. 118"); and due notice of the Objection having been provided; and the relief sought by the Objection being in the best interests of the Debtor, its estate, its creditors and all other parties in interest; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby

---

[1] The last four digits of the Debtor's federal tax identification number are 5171. The mailing address for the Debtor is P.O. Box 400, Jamison, PA 18929.
[2] Capitalized terms not defined herein shall have the meanings ascribed to the terms in the Objection.

**ORDERED, ADJUDGED AND DECREED THAT:**

~~1.    The Objection is SUSTAINED, and the relief requested therein is GRANTED, as set forth herein.~~

1.    ~~2.~~ Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, Claim No. 16 hereby is DISALLOWED in its entirety.

2.    <u>Claim No. 118 hereby is ALLOWED in the amount of $10,000.00 as a general unsecured claim.</u>

3.    The Debtor is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted therein.

4.    Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the Chapter 11 Case, hereby is authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

5.    The Court retains jurisdiction to hear and determine any matter arising from or related to this Order, including its interpretation, enforcement or implementation.

Dated: April ___, 2017
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge