# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
NEPHROGENEX, INC.,                                          :    Case No. 16-11074 (KG)
                                                            :
          Debtor.[1]                                        :
                                                            :
----------------------------------------------------------- x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON APRIL 24, 2017 AT 2:00 P.M. (EASTERN TIME)
### BEFORE THE HONORABLE KEVIN GROSS[2]

## CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL

1. Debtor's Objection to Claim of J. Wesley Fox (Claim No. 16) Pursuant to Section 502(b) of the Bankruptcy Code (Docket No. 345) (Filed March 8, 2017)

    Related Documents:

    (a) Certification of Counsel Regarding Debtor's Objection to Claim of J. Wesley Fox (Claim No. 16) Pursuant to Section 502(b) of the Bankruptcy Code (Docket No. 385) (Filed April 10, 2017)

    Response Deadline: March 31, 2017 at 4:00 p.m.

    Responses Received:

    (a) B.E. Capital Management Fund LP's Response to Debtor's Objection to Claim of J. Wesley Fox (Claim No. 16) Pursuant to Section 502(b) of the Bankruptcy Code (Docket No. 355) (Filed March 14, 2017)

    Status: A Certification of Counsel, together with a revised form of order, was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 5171. The mailing address for the Debtor is P.O. Box 400, Jamison, PA 18929.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

2.     Debtor's Third Omnibus Objection (Non-Substantive) to Certain (I) Equity Claim and (II) Amended and Superseded Claims (Docket No. 360) (Filed March 17, 2017)

    Related Documents:

    (a)     Certification of No Objection Regarding Debtor's Third Omnibus Objection (Non-Substantive) to Certain (I) Equity Claim and (II) Amended and Superseded Claims (Docket No. 388) (Filed April 11, 2017)

    Response Deadline: April 10, 2017 at 4:00 p.m.

    Responses Received: None.

    Status:     A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

3.     Debtor's Fourth Omnibus Objection (Substantive) to Claims Asserted Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 361) (Filed March 17, 2017)

    Related Documents:

    (a)     Notice of Submission of Proofs of Claim Regarding Debtor's Fourth Omnibus Objection (Substantive) to Claims Asserted Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Filed April 10, 2017) (Docket No. 383)

    (b)     Certification of No Objection Regarding Debtor's Fourth Omnibus Objection (Substantive) to Claims Asserted Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 389) (Filed April 11, 2017)

    Response Deadline: April 10, 2017 at 4:00 p.m.

    Responses Received: None.

    Status:     A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

4. Debtor's Motion for Order Pursuant to 11 U.S.C. § 502 Allowing Certain Claims (Docket No. 362) (Filed March 17, 2017)

   Related Documents:

   (a) Certification of No Objection Regarding Debtor's Motion for Order Pursuant to 11 U.S.C. § 502 Allowing Certain Claims (Docket No. 390) (Filed April 11, 2017)

   Response Deadline:  April 10, 2017 at 4:00 p.m.

   Responses Received:  None.

   Status: A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

Dated: Wilmington, Delaware
       April 12, 2017

        COLE SCHOTZ P.C.

        /s/ David R. Hurst
        David R. Hurst (I.D. No. 3743)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117
        dhurst@coleschotz.com

        – and –

        Jacob S. Frumkin
        1325 Avenue of the Americas, 19th Floor
        New York, New York 10019
        Telephone: (212) 752-8000
        Facsimile: (212) 752-8393
        jfrumkin@coleschotz.com

        *Counsel for Debtor and*
        *Debtor-in-Possession*