**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re:                                                              :     Chapter 11
                                                                    :
NEPHROGENEX, INC.,                                   :     Case No. 16-11074 (KG)
                                                                    :
          Debtor.[1]                                            :     **Related to Docket No. 391**
                                                                    :
---------------------------------------------------------- x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 24, 2017 AT 2:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE KEVIN GROSS[3]**

> **AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED.**

**CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL**

1. Debtor's Objection to Claim of J. Wesley Fox (Claim No. 16) Pursuant to Section 502(b) of the Bankruptcy Code (Docket No. 345) (Filed March 8, 2017)

    Related Documents:

    (a) Certification of Counsel Regarding Debtor's Objection to Claim of J. Wesley Fox (Claim No. 16) Pursuant to Section 502(b) of the Bankruptcy Code (Docket No. 385) (Filed April 10, 2017)

    (b) **Order Resolving Debtor's Objection to Claim of J. Wesley Fox (Claim No. 16) Pursuant to Section 502(b) of the Bankruptcy Code (Docket No. 397) (Entered April 13, 2017)**

    Response Deadline: March 31, 2017 at 4:00 p.m.

---

[1] The last four digits of the Debtor's federal tax identification number are 5171. The mailing address for the Debtor is P.O. Box 400, Jamison, PA 18929.

[2] **Amendments appear in bold print.**

[3] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

Responses Received:

    (a)    B.E. Capital Management Fund LP's Response to Debtor's Objection to Claim of J. Wesley Fox (Claim No. 16) Pursuant to Section 502(b) of the Bankruptcy Code (Docket No. 355) (Filed March 14, 2017)

Status:    **The Court entered an Order granting the Objection. This matter will not be going forward.**

2. Debtor's Third Omnibus Objection (Non-Substantive) to Certain (I) Equity Claim and (II) Amended and Superseded Claims (Docket No. 360) (Filed March 17, 2017)

   Related Documents:

       (a)    Certification of No Objection Regarding Debtor's Third Omnibus Objection (Non-Substantive) to Certain (I) Equity Claim and (II) Amended and Superseded Claims (Docket No. 388) (Filed April 11, 2017)

       (b)    **Order Granting and Sustaining Debtor's Third Omnibus Objection (Non-Substantive) to Certain (I) Equity Claim and (II) Amended and Superseded Claims (Docket No. 398) (Entered April 13, 2017)**

   Response Deadline: April 10, 2017 at 4:00 p.m.

   Responses Received: None.

   Status:    **The Court entered an Order granting the Objection. This matter will not be going forward.**

3. Debtor's Fourth Omnibus Objection (Substantive) to Claims Asserted Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 361) (Filed March 17, 2017)

   Related Documents:

       (a)    Notice of Submission of Proofs of Claim Regarding Debtor's Fourth Omnibus Objection (Substantive) to Claims Asserted Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Filed April 10, 2017) (Docket No. 383)

       (b)    Certification of No Objection Regarding Debtor's Fourth Omnibus Objection (Substantive) to Claims Asserted Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 389) (Filed April 11, 2017)

      (c)    **Order Granting and Sustaining Debtor's Fourth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 396) (Entered April 13, 2017)**

Response Deadline:  April 10, 2017 at 4:00 p.m.

Responses Received:  None.

Status:  **The Court entered an Order granting the Objection.  This matter will not be going forward.**

4. Debtor's Motion for Order Pursuant to 11 U.S.C. § 502 Allowing Certain Claims (Docket No. 362) (Filed March 17, 2017)

    Related Documents:

    (a)  Certification of No Objection Regarding Debtor's Motion for Order Pursuant to 11 U.S.C. § 502 Allowing Certain Claims (Docket No. 390) (Filed April 11, 2017)

    (b)  **Order Pursuant to 11 U.S.C. § 502 Allowing Certain Claims (Docket No. 395) (Entered April 13, 2017)**

    Response Deadline:  April 10, 2017 at 4:00 p.m.

    Responses Received:  None.

    Status:  **The Court entered an Order granting the Motion.  This matter will not be going forward.**

Dated: Wilmington, Delaware
April **17**, 2017

                              COLE SCHOTZ P.C.

                              /s/ David R. Hurst
                              David R. Hurst (I.D. No. 3743)
                              500 Delaware Avenue, Suite 1410
                              Wilmington, Delaware 19801
                              Telephone: (302) 652-3131
                              Facsimile: (302) 652-3117
                              dhurst@coleschotz.com

                              – and –

Jacob S. Frumkin
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
jfrumkin@coleschotz.com

*Counsel for Debtor and
Debtor-in-Possession*